154 A.3d 690

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. NINA ADEBAJO, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002352-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.